JUDGE LEISURE

550-07MEU
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
PHOENIX SHIPPING (PTY) LTD
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax
Michael E. Unger (MU 0045)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
PHOENIX SHIPPING (PTY) LTD,

        Plaintiff,

 - against –

BULKTRADE AG,

        Defendant.
-----------------------------------------------------------------x

07 CIV 9681

**RULE 7.1 STATEMENT**

  PHOENIX SHIPPING (PTY) LTD, by and through its undersigned attorneys Freehill Hogan & Mahar, LLP, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, certifies that it is a private (non-governmental) party, has no corporate parents, and that no publicly-held corporation owns 10% or more of the stock of the company.

Dated: New York, New York
   October 31, 2007

           FREEHILL HOGAN & MAHAR, LLP
           Attorneys for Plaintiff
           PHOENIX SHIPPING (PTY) LTD

   By:  _____
       Michael E. Unger (MU 0045)
       80 Pine Street
       New York, NY 10005
       Telephone: (212) 425-1900
       Facsimile: (212) 425-1901

NYDOCS1/292885.1