*Leisure, J*

550-07/MEU/SL
FREEHILL HOGAN & MAHAR LLP
Attorneys for Plaintiff
PHOENIX SHIPPING (PTY) LTD
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax
Michael E. Unger (MU 0045)

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/13/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
PHOENIX SHIPPING (PTY) LTD,

                                      Plaintiff,

   - against –

BULKTRADE AG,

                                      Defendant.
------------------------------------------------------------x

07 CIV 9681 (PKL)

**ORDER DIRECTING RELEASE OF FUNDS AND DISCONTINUANCE OF ACTION**

This maritime attachment action under Supplemental Admiralty Rule B having been filed against Defendant on October 31, 2007; and Defendant not having answered or appeared herein; and the Court having been advised that the parties have settled this matter;

**IT IS HEREBY ORDERED** that in accordance with the settlement agreement of the parties, garnishee Wachovia Bank is directed to remit the sum of $213,407.63 to Plaintiff in full satisfaction of Defendant's outstanding debt pursuant to the wire transfer instructions set forth below:

Beneficiary: PHOENIX SHIPPING CORPORATION OF DELAWARE
Bankers: UBS-SA, ROUTE DU JURA 27
             CH1701 FRIBOURG, SWITZERLAND
A/C no.: CH 43 0026 0260-66892466-3
Swift Address: UBS WCHZH 17A

NYDOCS1/293612.1

**AND IT HEREBY IS FURTHER ORDERED** that all remaining funds in the amount of $133,018.87 held garnishee Wachovia Bank be released to Defendant BULKTRADE AG pursuant to the wire transfer instructions listed below:

Intermediary Bank:  Standard Chartered Bank – New York – USA
Account nr.:  3544-030209-001 / SWIFT: SCBLUS33 / ABA: 26002561
Beneficiary Bank:  Banco ITAU BBA S.A. – Nassau Branch – Bahamas / SWIFT: CBBABSNS
Beneficiary:  BULKTRADE A.G. – Account nr. 202-0

**AND IT IS HEREBY FURTHER ORDERED** that this action is dismissed with prejudice and without cost to either party.

Dated: New York, New York
November 12, 2007

11/13/07

_____
Hon. Peter K. Leisure
U.S.D.J.

NYDOCS1/293612.1                                2